**Dismissed and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00260-CV

## JONATHAN SALAZAR, Appellant

## V.

## ALTA VISTA APTS, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1058681**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 16, 2015. The notice of appeal was filed March 23, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs. Tex. Gov't Code Ann. § 51.207.

On  April 21, 2015, this court ordered appellant to pay the appellate filing

fee on or before May 6, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.